UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDELL EATMON,<br><br>           Petitioner,<br><br>    v.<br><br>WARDEN LANDON BIRD,<br><br>           Respondent. | Case No. 20-cv-05596-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 5 |

Good cause being shown, Petitioner's request for an extension of time to file his traverse is GRANTED.  Dkt. No. 5.  Petitioner shall file his traverse by December 7, 2020.

This order terminates Dkt. No. 5.

**IT IS SO ORDERED.**

Dated: 10/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge